UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIOTR DUDKIEWICZ,<br>Petitioner<br>v.<br>JOE A. LIZARRAGA, Warden,<br>Respondent. | Case No. 2:17-cv-08472-DSF (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all pleadings and other documents filed in this action, the Report and Recommendation of United States Magistrate Judge [Dkt. 26, "Report"], and Petitioner's Objections to the Report [Dkt. 27]. Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a de novo review of those portions of the Report to which objections have been stated.

Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that: (1) the Petition is DENIED; and (2) Judgment shall be entered dismissing this action with prejudice.

DATE: August 2, 2019

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE