JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIOTR DUDKIEWICZ,<br>Petitioner<br>v.<br>JOE A. LIZARRAGA, Warden,<br>Respondent. | Case No. 2:17-cv-08472-DSF (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: August 2, 2019

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE